■ Bank Bumiputra Malaysia Berhad, Respondent, v D. Stephen Pepper, Also Known as Stephen Pepper, Appellant. — Judgment, Supreme Court, New York County (Wallach, J.), entered on October 20, 1982, unanimously affirmed, for the reasons stated by Wallach, J., and respondent shall recover of appellant $75 costs and disbursements of this appeal; appeal from order of said court entered on October 14, 1982 is dismissed, without costs and without disbursements, as having been subsumed by the appeal from the aforesaid judgment. Concur — Murphy, P. J., Bloom, Fein, Milonas and Kassal, JJ.

■ In the Matter of Williams Real Estate Co., Inc., et al., Petitioners, v Irving Kirschenbaum et al., Respondents. — Application for a writ of prohibition denied, cross motion granted and the petition dismissed, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Ross, Carro, Fein and Alexander, JJ.

■ Mandel & Grunfeld, Appellant, v Leonard N. Fertman Professional Corp. et al., Respondents. — Order, Supreme Court, New York County (Levittan, J.), entered on September 2, 1982, unanimously affirmed for the reasons stated by Levittan, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur — Sullivan, J. P., Ross, Fein, Milonas and Kassal, JJ.